UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

NAVAL STORES SUPPLIERS, INC.,
d/b/a SOUTHERN BUILDERS
SUPPLY COMPANY,
    Plaintiff,

v.                                                     C.A. No. 10-332 S

LGS CONSULTING, LCC,
LGS GROUP, LLC, and
JAMES LAWSON, Individually,
    Defendants.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on October 21, 2010 (document #14), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Report and Recommendation is accepted in full and Plaintiff Naval Stores Suppliers, Inc.'s Motion to Remand to State Court is GRANTED; Plaintiff's Motion for Just Costs and Actual Expenses is DENIED. The matter is hereby remanded to the Circuit Court of the Third Judicial District in and for Taylor County, FL.

ENTER:

/s/ W Smith
---
William E. Smith
United States District Judge
Date: 11/12/10